UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNIE LEE BASS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. C13-2025-RSL<br><br>ORDER DISMISSING CASE |

The Court, after careful consideration of the Ninth Circuit Court of Appeal's May 10, 2016 remand order, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation, and this case is DISMISSED with prejudice.

(2) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 11th day of October, 2016.

_____
ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING CASE
PAGE - 1